**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

STANDARD CHARTERED BANK,     : No. 464 EAL 2014
:
        Respondent     :
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court
     v.     :
:
:
:
AHMAD HAMAD AL GOSAIBI AND    :
BROTHERS COMPANY, ET AL.,    :
:
        Petitioners    :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 22nd day of January, 2015, the Petition for Allowance of Appeal is **DENIED**.